AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | |
|---|---|
| v. | Case: 1:22-mj-00257 |
| Vincent Ardolino | Assigned To: Magistrate Judge Zia M. Faruqui |
| | Assign. Date 11/21/2022 |
| | Description: Complaint with Arrest Warrant |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Vincent Ardolino                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   11/21/2022                    *[signature]*   2022.11.21 14:11:56 -05'00'
                                    _____
                                    *Issuing officer's signature*

City and state:   Washington, D.C.              Zia M. Faruqui
                                    _____
                                    *Printed name and title*

### Return

| This warrant was received on *(date)* 11/21/22, and the person was arrested on *(date)* 12/01/22 |
| at *(city and state)* Huntington Beach, CA |
| |
| Date: 12/01/22        *[signature]* |
|                      *Arresting officer's signature* |
|                      Tyler Novak / Special Agent |
|                      *Printed name and title* |