UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VINCENT ARDOLINO,<br><br>    Defendant. | Case No. 22-mj-00257-ZMF-1 |

**NOTICE OF APPEARANCE**

    Deputy Federal Public Defender Jaya Gupta, enters her Notice of Appearance on behalf of Defendant, Vincent Ardolino.

    Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

    Respectfully submitted,

    CUAUHTEMOC ORTEGA
    Federal Public Defender

DATED:  December 12, 2022            By  */s/ Jaya Gupta*
    JAYA GUPTA
    Deputy Federal Public Defender
    (Bar No. 312138)
    411 West Fourth Street, Suite 7110
    Santa Ana, California  92701-4598
    Telephone:  (714) 338-4500
    (E-Mail:  Jaya_Gupta@fd.org)